IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA ) CR 06 131 L
 )
v. ) In violation of 21 U.S.C.§§
 ) 841(a)(1) and (b)(1)(B)
FERNELL BROWN )

FILED
NOV 1 5 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about July 12, 2006, in the District of Rhode Island, the defendant, FERNELL BROWN, did knowingly and intentionally distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

COUNT II

On or about July 17, 2006, in the District of Rhode Island, the defendant, FERNELL BROWN, did knowingly and intentionally distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 11-15-06