AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Fernell Brown

APPEARANCE

CASE NUMBER: CR 06-131T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Fernell Brown

I certify that I am admitted to practice in this court.

11/16/06
*Date*

*Signature*

J. Crowell 1923
*Print Name* *Bar Number*

128 Dorrance
*Address*

Prov
*City* *State* *Zip Code*

272-6600 274-0675
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.