UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-131T

FERNELL BROWN

**MOTION TO WITHDRAW**

Now comes the undersigned, court-appointed counsel for the Defendant Fernell Brown, and moves that this Honorable Court permit counsel to withdraw from further representation of Defendant in this case, for the reason that counsel's ability to confer with her client has been compromised by a new or newly enforced policy of the Donald W. Wyatt Detention Facility, continued enforcement of which will entirely deny counsel access to her client at that facility.

Counsel requests that this motion be heard on December 18, 2006, the scheduled pretrial conference date, and that Defendant be brought to Court on that date, so that counsel can confer with Defendant regarding an outstanding Plea Agreement offer that has been extended by the prosecutor in this case. Based on previous conversations with Defendant, counsel anticipates that Defendant will sign the Plea Agreement on December 18, 2006.

AUSA Beckner has no objection to the scheduling of this motion on December

18, 2006. She takes no position on the merits of counsel's motion to dismiss.

FERNELL BROWN
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on December 12, 2006, I filed a copy of this Motion via e-filing, with a copy to AUSA Sandra Beckner.

/s/ Judith Crowell, Esq.