**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**Vs** **CR06-0131-001**

**FERNELL BROWN**

**ENTRY OF APPEARANCE**

I hereby enter my appearance for the defendant, Fernell Brown.

*/s/ William C. Dimitri*
William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898 fax

CERTIFICATION

I hereby certify that a copy of this Entry of Appearance was delivered electronically to Sandra R. Beckner, A.U.S.A on the 19th day of December, 2006.

*/s/ William C. Dimitri*