U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION



| | | | |
|---|---|---|---|
| 1. Program Code HIDTA 100 | 2. Cross File / Related Files: ☒ [redacted] ☐ ☐ ☐ ☐ | 3. File No. [redacted] | 4. G-DEP Identifier [redacted] |
| 5. By: TFO Enright At: Providence, RO | | 6. File Title [redacted] | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | 8. Date Prepared 11-27-2006 | |

9. Other Officers: TFO Colanduono, Providence Det. Desautels

10. Report Re: Arrest of Fernell BROWN and post arrest statement on 11-15-2006

## SYNOPSIS

On November 15, 2006 Fernell BROWN was indicted by a Federal Grand Jury charging him under Title 21 U.S.C. 841 (A) (1) and 21 U.S.C. 846. BROWN was apprehended on this same date in Providence, Rhode Island by members of the Providence Police Department and D.E.A. BROWN was transported to Providence Police Headquarters and interviewed by Task Force Agent Robert Enright. BROWN was held and on 11-16, 2006 presented in U.S. District Ct. for arraignment in front of Judge Martin.

## DETAILS

1. On November 15, 2006, Fernell BROWN was apprehended in Providence, R.I. by members of the Providence Police Department as part of Operation Crackdown. He was transported to Providence Police Headquarters and interviewed.
2. TFA Enright taped his interview with BROWN starting at 2:13 PM. BROWN read his Constitutional Rights from a pre-printed Rights form.
3. BROWN was shown a video in which he (B) sold crack cocaine to a cooperating source (CS) on two separate occasions. BROWN stated, "I knew it", and admitted he was the subject on video and recalled both incidents.
4. When questioned about the incident, BROWN stated that he sold the CS 8 grams of crack cocaine. BROWN stated that the 1st time selling the CS crack cocaine, it was 2 grams. BROWN revealed that he was making $25.00 dollars per transaction.

| | | |
|---|---|---|
| 11. Distribution: Division<br>District SARI<br>Other | 12. Signature (Agent) TFO Enright | 13. Date 11-27-2006 |
| | 14. Approved (Name and Title) Daniel MacIsaac Group Supervisor | 15. Date 11-27-2006 |

DEA Form - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title [redacted] | |
| 4. Page 2 of 2 | | |
| 5. Program Code HIDTA 100 | 6. Date Prepared 11-27-2006 | |

5. BROWN revealed that he met the CS through another individual identified as Eric GRUNDY (also Federally indicted).
6. BROWN revealed that the CS contacted him (B) a 3rd time about moving up in weight (wanting 31 grams) and he (B) believed something wasn't right. BROWN stated that he had a conversation with a Ronald HOPKINS (also Federally indicted) about the CS and how the CS has been trying to purchase larger weights of cocaine. BROWN stated that both (B) and (H) agreed that something was wrong with this and even contacted the CS by telephone and inquired why he (CS) was helping out the police.
7. A cellular phone seized from BROWN revealed this to be the same number (286-1292) the CS used to contact him (B) in the investigation. This cellular phone will be held by the Providence Police at their Police Station.

**INDEXING**

BROWN, Fernell [redacted].

On November 15, 2006 Fernell BROWN was indicted by a Federal Grand Jury charging him under Title 21 U.S.C. 841 (A) (1) and 21 U.S.C. 846. BROWN was apprehended on this same date in Providence, Rhode Island by members of the Providence Police Department and D.E.A. BROWN was transported to Providence Police Headquarters and interviewed by Task Force Agent Robert Enright. BROWN was held and on 11-16, 2006 presented in U.S. District Ct. for arraignment in front of Judge Martin.

[redacted] [redacted].

These two subjects are associates of Fernell BROWN.



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.